# UNITED STATES DISTRICT COURT
for the
District of Nevada

RENO Division

Case No. 3:22-cv-00154

*(to be filled in by the Clerk's Office)*

Larry Richards, sui juris; and for others similarly situated.
Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

1.) NAMED, UNKNOWN OWNER AND 2-22) NAMED UNKNOWN EMPLOYEES AND SUPPORT TEAM OF OWNER
23.) THE TOW TRUCK COMPANY OF RENO NEVADA
24.) THE TOW TRUCK COMPANY OF LAS VEGAS NV.
25.) DOE DEFENDANTS 1 to 10 - UNKNOWN PERSONS

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: (check one) ☒ Yes ☐ No

✓ FILED ___ RECEIVED
✓ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 04 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

*COPY RETURNED

## COMPLAINT FOR A CIVIL CASE
SPECIFIC TO RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT
SECTION 901(a) OF THE ORGANIZED CRIME CONTROL ACT OF 1970 (Pub.L. 91-452, 84 Stat. 922)
18 U.S.C. CHAPTER 96 § 1961 inter alia

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Larry Richards
Street Address: 1805 NORTH CARSON STREET #61
City and County: Carson City Nevada 89701
State and Zip Code: NEVADA 89701
Telephone Number: NONE
E-mail Address: NONE - NO COMPUTER - NO INTERNET ACCESS

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1 NAMED
Name UNKNOWN OWNER OF THE TOW TRUCK COMPANY A DIVISION
Job or Title (if known) OF FIRST RESPONSE TOWING 3975 W. Hacienda, Las Vegas, NV 89118
Street Address 925 ~~Matley~~ Matley Lane, Reno NV 89502
City and County RENO AND LAS VEGAS
State and Zip Code NEVADA 89118 AND 89502
Telephone Number / PLAINTIFF WAS ARRESTED AND BARRED
E-mail Address (if known) FROM RETURNING TO DEFENDANTS FOR
SIMPLY ATTEMPTING TO ASCERTAIN NAME OF DEFENDANT #1

INCLUDING - BUT NOT LIMITED
TO THEIR
GENERAL
MANAGER

Defendant No. 2-22 NAMED, UNKNOWN EMPLOYEES WHO SUPPORT AND ENCOURAGE
Name RICO ACTIVITY OF OWNER! ALL EMPLOYEES AND ALL SUPPORT SERVICES
Job or Title (if known) AGENCIES ENABLING OWNER

ASSISTANT
MANAGER

SECURITY
GUARD

Street Address    925 MATLEY LANE      (A) 3975 WEST HACIENDA
City and County   RENO                 (N) LAS VEGAS
State and Zip Code NEVADA 89502        (D) NEVADA 89118
Telephone Number  (775) 432-1090       (702) 434-7175
E-mail Address (if known) UNKNOWN

Defendant No. 23
Name THE TOW TRUCK COMPANY - RENO DIVISION
Job or Title (if known) A DIVISION OF 1st RESPONSE TOWING
Street Address 925 MATLEY LANE
City and County RENO
State and Zip Code NEVADA 89502
Telephone Number (775) 432-1090
E-mail Address (if known) UNKNOWN

Defendant No. 24
Name THE TOW TRUCK COMPANY - LAS VEGAS DIVISION
Job or Title (if known) A DIVISION OF 1st RESPONSE TOWING
Street Address 3975 WEST HACIENDA
City and County LAS VEGAS
State and Zip Code NEVADA 89118
Telephone Number (702) 434-7175
E-mail Address (if known) UNKNOWN

DEFENDANT #25 FIRST RESPONSE TOWING - INFORMATION UNKNOWN
DEFENDANT #26-36 DOE DEFENDANTS 1-10 NAMED, UNKNOWN PERSONS
DEFENDANT #27-28 TWO SPECIFIC RENO POLICE OFFICERS WHO BOTH
  AID AND ABET DEFENDANTS RICO ACTIVITY
DEFENDANT #29 CITY OF RENO POLICE DEPARTMENT

Page 2 of 5   (NOW 10 p)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

FEDERAL RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT U.S. CODE TITLE 18 PART I CHAPTER 96 §1961—1968 INCLUSIVE

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Larry Richards, is a citizen of the State of *(name)* California.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* NOT APPLICABLE, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* UNKNOWN OWNER OF THE TOW TRUCK COMPANY, is a citizen of the State of *(name)* Nevada. Or is a citizen of RENO AND LAS VEGAS *(foreign nation)* ?
      ( A DIVISION OF FIRST RESPONSE TOWING )
      (NOW 10 A)

Page 3 of 5

b. If the defendant is a corporation

The defendant, (name) THE TOW TRUCK COMPANY A DIVISION OF FIRST RESPONSE TOWING, is incorporated under the laws of the State of (name) NEVADA, and has its principal place of business in the State of (name) NEVADA.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) NEVADA.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$77,777.77/100 PLUS PUNATIVE DAMAGES EXEMPLARY DAMAGES
REAL DAMAGES   COMPENSATORY DAMAGES
AND COLORABLE CONSTITUTIONAL CLAIM VIOLATION COMPENSATION

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

ALL DEFENDANTS RACKETEERING INFLUENCED CORRUPT ORGANIZATION IS ACTIVELY STEALING MY CAR; MY PRIVATE POSSESSIONS; MY MEDICALLY ESSENTIAL MEDICAL EQUIPMENT; AND DENYING ME ACCESS TO MY CAR AND MOST IMPORTANTLY ARRESTING ME AND IMPRISIONING ME FOR SIMPLY RETURNING TO THEIR PROPERTY IN ANY ATTEMPT TO PAY FOR AND RE-OBTAIN MY CAR. DEFENDANTS ARE DELIBERATELY OBSTRUCTING ME TO DRIVE UP THEIR ALLEGED "COSTS" SO THAT THEY CAN OBTAIN MY CAR FOR FREE! BY OVERCHARGING FOR "STORAGE" AND OTHER "FEES" AND THEY HAVE DONE THIS SAME ABUSE OF ACCESS TO STORED CARS FOR NUMEROUS OTHERS IN NEVADA (MAINLY) IN TAKING QUALITY CARS AND CONVERTING THOSE CARS INTO THEFT FROM THE ORIGINAL OWNER THROUGH THE ACCUMULATION OF "FEES" UNTIL THEY NOW "OWN" OTHER PEOPLES CARS!

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

AND TO PROVE RICO I ONLY HAVE TO PROVE TWO OR MORE BAD ACTS TO ESTABLISH SUCH A PATTERN UNDER RICO!

DEFENDANTS ARRESTED ME WITH RENO POLICE WHEN ALL I WAS ATTEMPTING TO DO WAS BUY MY CAR BACK OUT OF STORAGE - I SEEK $100,000 DAMAGES FOR THIS ABUSE OF PROCESS FROM BOTH RENO POLICE AND THE RICO DE-SUPPORT OF THE RICO DEFENDANTS. CONVERSION OF MY PRIVATE MEDICALLY ESSENTIAL BREATHING EQUIPMENT THREATENS MY LIFE WHENEVER I TRAVEL - I SEEK $200,000 DAMAGES FOR THREATENING MY LIFE - MULTIPLE OCCASIONS. I SEEK REAL DAMAGES OF $77,777.77 FOR CONVERSION OF MY PRIVATE PROPERTY AND I REQUEST THAT A REASONABLE JURY OF MY PIERS IN NEVADA DETERMINE MY AMOUNTS OF COMPENSATORY EXEMPLARY AND PUNATIVE DAMAGES

Page 4 of 5 (NOW 10 P)

THIS COURT MUST UNDERSTAND THAT DEFENDANTs NOW OWN THROUGH CONVERSION AND THEFT ALL OF MY REAL PERSONAL PROPERTY WHICH ALLOWS ME A MEDICALLY FRAGILE PERSON TO TRAVEL! AND I HAVE A RIGHT TO TRAVEL, FOR DESTR-OYING MY RIGHT TO TRAVEL I SEEK 1 MILLION DOLLARS. THIS COURT MUST UNDERSTAND THAT I AS PLAINTIFF APPROACHED DEFENDANTS IN ABSOLUTELY THE MOST DEFERENTIAL MOST CONSILIATORY MOST CHARMING AND CALM, LOVING ATTITUDE AND DEMEANOR THAT IS HUMANLY POSSIBLE AND WHEN I ASKED THE MANAGER TO ALLOW ME TO CONTACT THE OWNER I WAS ABUSED, THREATENED AND THE RENO POLICE NOW PREVENT ME FROM EVEN RETURNING TO OBTAIN MY MEDICALLY ESSENTIAL EQUIPMENT AND THIS COURT AND THE ALLEGEDLY GOOD PEOPLE OF NEVADA MUST NOT TOLERATE THIS CRIMINAL RICO CONDUCT IN THEIR MIDST!

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Monday, April 4th 2022

Signature of Plaintiff: Larry Richards

Printed Name of Plaintiff: Larry Richards

### B. For Attorneys  NONE

Date of signing: ___

Signature of Attorney ___
Printed Name of Attorney ___
Bar Number ___
Name of Law Firm ___
Street Address ___
State and Zip Code ___
Telephone Number ___
E-mail Address ___

CONTINUED ON BACK SIDE AND NEXT PAGE

COMPLAINT CONTINUED:

THIS COMPLAINT IS VERY INCOMPLETE AND IF THE COURT WILL ALLOW PLAINTIFF TO FILE BY FACSIMILE TRANSFER MOST OF THIS COMPLAINT CAN BE FILED BY FRIDAY APRIL 7TH 2022 OF THIS WEEK.

PLAINTIFF HAS A DOZEN CO-MORBIDITIES INCLUDING EMPHYSEMA EVEN THOUGH HE NEVER-EVER SMOKED, HIS PARENTS DID GIVING HIM THE DISEASE. PLAINTIFF REQUESTS TO APPEAR BY TELEPHONE.

FACTS:
30 HOURS BEFORE THE MAJOR BLIZZARD OF DECEMBER 2021 FELL ON I-80 DONNAR PASS/RENO. DEFENDANTS EMPLOYEE TOWED PLAINTIFF'S CAR INTO THEIR POSSESSION. PLAINTIFF WAS TRAPPED BEHIND THAT MAJOR BLIZZARD WHERE EVEN PUBLIC BUS SERVICE FROM FLIX-BUS AND GREYHOUND WAS SUSPENDED.

DEFENDANTS GENERAL MANAGER OFFERED A 1% DISCOUNT OFF OF THEIR "NORMAL" RATES ONCE PLAINTIFF APPEARED INTO THE DEFENDANTS OFFICES AND AS A CONSEQUENCE OF THE LUDICROUS COMPLETELY INSANE OVERCHARGE DEFENDANTS WERE INFLICTING UPON THE INNOCENT PLAINTIFF; THE PLAINTIFF SIMPLY VERBALLY REQUESTED OF THE EMPLOYEE THAT HE BE ALLOWED TO SPEAK WITH THE OWNER OF (DEFENDANTS #23/#24/AND #25.) THE TOW TRUCK COMPANY OF RENO AND LAS VEGAS WHEREUPON DEFENDANTS EMPLOYEES CALLED RENO POLICE, WHO PHYSICALLY REMOVED PLAINTIFF FROM DEFENDANT'S PROPERTY AND BARRED HIM FROM RETURNING INFORMING HIM HE WOULD BE IMMEDIATELY JAILED. PLAINTIFF IS AN EXTREMELY MEDICALLY FRAGILE MAN WHO COULD VERY EASILY DIE IN SUCH CIRCUMSTANCES BEING LOCKED AWAY FROM HIS NUMEROUS NON-PORTABLE NON-RENO-COUNTY-JAIL-ADMISSABLE ESSENTIAL MEDICAL EQUIPMENT THUS AND THEREBY PERMANENTLY PREVENTING AND DENYING PLAINTIFF ACCESS TO HIS 100% OWNED PERSONAL PROPERTY - INCLUDING ESSENTIAL PORTABLE MEDICAL EQUIPMENT! PLAINTIFF HAD TWO DIFFERENT SETS OF KEYS IN HIS POSSESSION AT THIS TIME TO AT LEAST OBTAIN HIS POSSESSIONS INSIDE THE CAR AS ANY POSSIBLE CLAIM DEFENDANTS COULD HOLD AGAINST PLAINTIFF CAN ONLY APPLY TO THE CAR ITSELF AND NOT THE VALUABLE CONTENTS OF ESSENTIAL MEDICAL EQUIPMENT AND OTHER CONTENTS HOWEVER RENO POLICE AIDED AND ABETED OWNER AND ALL DEFENDANTS IN THEIR RICO CONDUCT BY ALSO REFUSING TO ALLOW PLAINTIFF TO UNLOCK HIS CAR AND REMOVE HIS VALUABLE MEDICAL EQUIPMENT.

THIS COURT ABSOLUTELY MUST ALLOW THAT PLAINTIFF USED THE MOST ESSENTIAL NON CONFRONTATIONAL SOFT CALM QUIET CONSILIATORY VOICE HUMANLY POSSIBLE BECAUSE PLAINTIFF KNEW HE WANTED TO ASK OWNER DEFENDANT FOR LEIENIENCY AND PATIENCE IN PAYING HIS BILLS; THEREFORE IT IS IMPOSSIBLE FOR PLAINTIFF TO HAVE YELLED OR CURSED AT DEFENDANTS AND THUS HE DID NOT MERIT ARREST BY RENO POLICE DEFENDANTS!

IT IS VERY EASY TO PROVE DEFENDANTS HAVE COMBINED AND COLLABORATED TO ENGAGE IN A SCHEME OR ARTIFICE TO DEFRAUD ME, THE PLAINTIFF, OUT OF MY CAR AND MY EXTREMELY MEDICALLY NECESSARY ESSENTIAL MEDICAL EQUIPMENT. THE UNITED STATES CONSTITUTION (IN TWO DIFFERENT LOCATIONS) CLEARLY IDENTIFIES MY UN-ALIENABLE "RIGHT TO TRAVEL" DEFENDANTS HAVE COMBINED CONSPIRED AND COLLABORATED WITH EACH OTHER TO DENY AND DESTROY MY RIGHT TO TRAVEL, ESPECIALLY PREVENTING ME (IN COLLABORATION WITH THE RENO POLICE) FROM HAVING ACCESS TO MY ESSENTIAL MEDICAL EQUIPMENT INSIDE MY CAR! THIS MEDICAL EQUIPMENT IS ABSOLUTELY ESSENTIAL TO MY ABILITY TO TRAVEL AS IT IS LIGHT AND PORTABLE THE DEFENDANTS IN COLLABORATION WITH THE RENO POLICE NOW THREATEN ME WITH EXTREME BODILY HARM AND EVEN DEATH. PLAINTIFF IS AN EXTREMELY MEDICALLY FRAGILE PERMANENTLY PHYSICALLY DISABLED AND IMPAIRED INDIVIDUAL, WITH A DOZEN CO-MORBIDITY TO THE COVID#19 VIRUS. PLAINTIFF IS MEDICALLY DEPENDENT UPON THE CONTENTS OF HIS CAR. REGARDLESS OF THE STATUS OF HOW MUCH DEFENDANTS CLAIM I OWE THEM THEY CAN NOT DENY ME THE RIGHT TO ACCESS MY MEDICALLY ESSENTIAL EQUIPMENT AND ALL OTHER CONTENTS OF MY CAR!

PRIOR TO THE ARRIVAL OF THE RENO POLICE, AND PRIOR TO HER EVEN CALLING THE RENO POLICE, I PERSONALLY SHOWED TWO COMPLETE SETS OF CAR KEYS TO DEFENDANT BUSINESS MANAGER IN RESPONSE TO HER CALLING ME A THIEF! SHE WOULD NOT ALLOW ME ACCESS TO MY VALUABLE MEDICAL EQUIPMENT

AND OTHER POSSESSIONS. AFTER THE CONVERSATION AND DEGRADED UPON ARRIVAL TO THEIR ESTABLISHMENT PLAINTIFF WAS QUITE VERY DEFFERENTAL, PLEASANT, FRIENDLY AND CONSILIATORY AND REMAINED THAT WAY DURING THE ENTIRE ENCOUNTER BECAUSE PLAINTIFF KNEW IN HIS OWN MIND THAT HE PLANNED AND ANTICIPATED OFFERING DEFENDANT OWNER A DEAL OF OFFER IN COMPROMISE.

HOWEVER DEFENDANT EMPLOYEE WAS BILIGERENT FROM THE VERY OUTSET.

PLAINTIFF TOLD DEFENDANT EMPLOYEE HE WAS THE ONE TRAPPED BEHIND A BLIZZARD AND COULD NOT BUY HIS CAR OUT UNTIL NOW DUE TO THE BLIZZARD WHICH CLOSED DONNAR PASS TO FLIX-BUS/GREYHOUND BUS TRANSPORTATION, WHICH IS WHAT PLAINTIFF REQUIRED TO GET BACK TO CLAIM HIS CAR FROM DEFENDANTS.

WHEREUPON DEFENDANT EMPLOYEE AT FIRST OFFERED NO DISCOUNT WHATSOEVER DUE TO THE BLIZZARD AND THEN A 1% (ONE PERCENT DISCOUNT). THIS CAUSED PLAINTIFF TO THINK IN HIS OWN MIND THAT HE WAS DEALING WITH SOMEONE OF NO ABILITY TO NEGOTIATE A SETTLEMENT WITH PLAINTIFF.

WHEREUPON PLAINTIFF (DID NOT SAY WHAT HE WAS THINKING) BUT INSTEAD SAID "MAY I PLEASE SPEAK WITH THE OWNER" AFTER A SERIES OF DIFLECTIONS SUCH AS "HE WILL TELL YOU THE SAME THING" OR "I SPEAK FOR HIM" OR "HE IS NOT HERE" PLAINTIFF REPEATED THE SAME REQUEST IN DIFFERENT WAYS SUCH AS "WELL MAY I CALL THE OWNER FROM HERE - OR - MAY I HAVE THE OWNER'S TELEPHONE NUMBER - OR EVEN "COULD YOU PLEASE CALL THE OWNER AND PUT HIM ON THE PHONE HERE WITH ME." WHEREUPON DEFENDANT EMPLOYEE LOUDLY

PAGE 8 OF 10

SLAMMED DOWN HER HANDS UPON THE DESK AND SAID IF YOU DON'T LEAVE IMMEDIATELY I WILL CALL THE POLICE, WHEREUPON THE PLAINTIFF INSTANTLY CONCLUDED IN HIS OWN MIND THAT YES INDEED HE THE PLAINTIFF NEEDED THE POLICE TO GET HIS MEDICAL EQUIPMENT WHEREUPON A PUNK THUG "MUSCLE" DEFENDANT EMPLOYEE OF OWNER FOLDED HIS ARMS AND GOT IMMEDIATELY ADJESCENT TO AND INTO THE FACE OF PLAINTIFF!

PLAINTIFF'S EXHIBIT #1



THIS IS THEIR "BUSINESS" CARD I TOOK FROM THEIR DESK I DID NOT EVER TOUCH ANYONE EVER ANOTHER FALSE ALLEGATION TO THE RENO POLICE DEPT.

PLAINTIFF'S EXHIBIT #2

THIS IS A POOR COPY - I WILL PROVIDE A BETTER COPY IN A SUPPLEMENTAL FILING IT WAS GIVEN TO THE RENO POLICE WHO THEN GAVE IT TO PLAINTIFF IT SAYS "$1530.00 OFFERED 1% disc" MEANING DISCOUNT WHICH ALSO PROVES THEIR RICO ACTS!

1530.00

PLAINTIFF'S EXHIBIT #3 IS THE RENO POLICE DEPARTMENT RECEIPT

THIS THREATENING ACTIONS of BOTH DEFENDANT EMPLOYEES CLEARLY REFLECTS RICO CONDUCT! REMEMBER COURT!! PLAINTIFF KNEW HE WAS ABSOLUTELY THERE TO REQUEST CAREING EXTRAORDINARY GENEROUS CONDUCT OF THE OWNER DEFENDANT TO ALLOW PLAINTIFF TO WORK OUT A PAYMENT DEAL TO GET HIS STUFF BUT PLAINTIFF NEVER EVEN GOT TO ASK THE OWNER ANYTHING BECAUSE OF THIS VIOLENT EMPLOYEE

PAGE 9 of 10 (SEE OTHER SIDE)

AND THE ABUSIVE OTHER DEFENDANT EMPLOYEE CALLING THE RENO POLICE ONTO THE PLAINTIFF FOR SIMPLY ASKING TO BE ALLOWED TO REMOVE HIS VALUABLE EQUIPMENT FROM THE CAR AND ASKING TO SPEAK TO THE OWNER.

THIS COURT MUST NOT TOLERATE THIS CRIMINAL RICO THEFT AND CONVERSION WITHIN IT'S DISTRICT AND STATE!

THIS COURT MUST HOLD A HEARING TO PRELIMINARILY ENJOIN DEFENDANTS FROM IRREPARABLY HARMING PLAINTIFF

THIS COURT MUST ALLOW PLAINTIFFS DEMAND FOR JURY TRIAL

THIS COURT MUST ALLOW PLAINTIFF MORE TIME TO FINISH AND TYPE A MORE PROPER COMPLAINT AND THIS COURT MUST ISSUE A TEMPORARY RESTRAINING ORDER TO PREVENT DEFENDANTS FROM DESTROYING ALL OF PLAINTIFFS POSSESSIONS BEFORE A HEARING CAN BE HELD AND THIS COURT MUST ISSUE THAT TRO IMMEDIATELY, ALLOWING PLAINTIFF TIME FOR A PRELIMINARY INJUNCTION HEARING TO BE SIGNED, SWORN AS ABSOLUTELY 100% TRUE - BUT INCOMPLETE HELD! IN RENO, NEVADA  AND RESPECTFULLY SUBMITTED

ON THIS MONDAY THE 4th DAY OF APRIL IN THE TWO THOUSAND AND TWENTY SECOND YEAR OF OUR LORD AD

Larry Richards MONDAY APRIL 4th 2022 AT 9:30 AM.

PAGE 10 OF 10