UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LARRY RICHARDS,

    Plaintiff

v.

FIRST RESPONSE TOWING, et al.,

    Defendants

Case No.: 3:22-cv-00154-MMD-CSD

**Report & Recommendation of United States Magistrate Judge**

    This Report and Recommendation is made to the Honorable Miranda M. Du, Chief United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

    Plaintiff filed an application to proceed *in forma pauperis* (IFP) and pro se complaint. (ECF Nos. 1, 1-1.) On June 8, 2022, the court issued an order granting Plaintiff's IFP motion. The court also screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2).

    Plaintiff brought his action pursuant to the Racketeer Influenced and Corrupt Practices Act (RICO), 18 U.S.C. § 1961, *et seq*, against an unknown owner of the Tow Truck Company, a division of First Response Towing, unknown employees of the Tow Truck Company, The Town Truck Company, First Response Towing, two unidentified Reno Police Department officers, the City of Reno Police Department and 36 other Doe defendants. Plaintiff alleged that Defendants were actively stealing his car, his private possessions, his medical equipment and denied him access to his car.

    The court concluded that Plaintiff did not allege conduct that constitutes "racketeering activity" under RICO. Nor did he allege a "pattern" of "racketeering activity." Without a RICO claim (or other federally cognizable claim), there was no basis for the court to exercise

jurisdiction over any potential State law claims[1]. As a result, the court dismissed Plaintiff's complaint, but gave him leave to amend within 30 days to attempt to assert cognizable claims against each defendant. Plaintiff was cautioned that if he failed to timely file an amended complaint, his action may be dismissed. (ECF No. 15.)

The 30-day deadline has expired, and Plaintiff has not filed an amended complaint. Insofar as Plaintiff attempts to assert a federal RICO claim against these Defendants, his complaint should be dismissed with prejudice. With respect to any potential State law claims against these Defendants, the dismissal should be without prejudice so that Plaintiff can raise such claims in State court.

## RECOMMENDATION

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING** Plaintiff's federal RICO claim against Defendants **WITH PREJUDICE**, and **DISMISSING** any potential State law claims **WITHOUT PREJUDICE** so that Plaintiff can raise such claims in State court.

The Plaintiff should be aware of the following:

1. That he may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge.

---

[1] There is no diversity jurisdiction as all of the parties are alleged to reside in Nevada.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: July 19, 2022

_____
Craig S. Denney
United States Magistrate Judge